UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH CORNETT,<br><br>　　　　　Petitioner,<br><br>　　　a.<br><br>WARDEN,<br><br>　　　　　Respondent. | No. CV 18-7326 JVS (FFM)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: August 23, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　United States District Judge